IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEROY P. McELWEE                                                                          PETITIONER

VS.                              CASE NO. 2:05CV00208 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 28TH day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE